In the Matter of the Claim of FRED C. KLAG, Appellant, against DRUG & CHEMICAL CLUB, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 5, 1953; decided October 22, 1953.

Motions for reargument denied, with $10 costs and necessary printing disbursements.   [See 305 N. Y. 900.]

In the Matter of INEZ YANCEY, Respondent. NEW CHAPEL BAPTIST CHURCH, Appellant.

Submitted October 5, 1953; decided October 22, 1953.

*Stephen Holden* for motion.
*Melvel W. Snitow* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant serves and files the undertaking on appeal and pays $10 costs within ten days after the service on appellant of a copy of the order hereon with notice of entry, in which events motion denied.